# EXHIBIT "C"

KENNETH G. MCCOIN, PH.D., C.F.A.
*7814 Del Monte Drive*
**HOUSTON, TEXAS 77063**
832 483 5400

AN APPRAISAL OF THE EARNING CAPACITY OF MR. DAVID W. SHEFFIELD
April 10, 2019

This is an appraisal of the earning capacity of Mr. David W. Sheffield. It spans two time periods: the "past" and the "future." The past measures earning capacity from June 6, 2018, the assumed date his economic loss began ("the loss date," the injury date was 6/4/18), until November 4, 2019, the assumed date of trial. The future measures earning capacity from the time of trial through his remaining worklife.

**Methodology**  Earning capacity measures a worker's net compensation over the worker's lifetime. Net compensation is defined as wages (cash income) plus benefits (non-cash income), less work-related expenses. Net compensation is then adjusted for the probability that a person will work (by applying a worklife statistic). This adjusted net compensation is often referred to as *expected* net compensation. Economists generally express net compensation in "real" terms, that is, in after-inflation dollars. Expected future net compensation is reduced to its present-day value by "discounting" at the expected future *real* rate of interest. (The methodology employed is generally referred to by the Courts as the "below-market-discount method", see Pfeifer, 103 S. Ct. 2541, 1983 and Culver II, 722 F.2d 114 5th Cir., 1983).

**Real Rate of Interest**  Because all expected future net compensation is "paid now in cash", it is discounted to its "present-day" value. This present-day value is that amount of money necessary to replace expected future net compensation on a yearly basis, when combined with interest income earned on its balance. If interest income is to provide (replace) expected future net compensation, it must meet three conditions: it must be free from the risk of default; it must provide money income in a timely fashion (on schedule); and it must respond to inflation in the same manner as nominal compensation. Short-maturity investments, such as U. S. Treasury bills, fulfill these requisites. From 1982 to 2013, the average annual *real* return from bills was 1.4 percent (or 4.4% including inflation see http://www.federalreserve.gov/releases/h15/data.htm ). As with any investment, the real return varies from year to year. A real discount rate of 1.4 percent was applied.

**Future Real Compensation Growth**  Courts have noted that even in a non-inflationary economy, compensation of workers tends to grow due to personal merit, increased experience and other individual and societal factors. Since 1982, the growth of real compensation, due to societal factors, has grown about 0.8 percent per year (or 3.8% including inflation; see http://www.bls.gov/news.release/pdf/prod2.pdf Table 2 for current data). It is assumed this trend will continue.

**Earnings**  Mr. Sheffield worked as truck driver. In 2017, the year prior to his injury, he earned $41,310. Under the assumption his wage growth for the years since 2017 equaled the national average of all workers, his 2019 earnings would equate $43,396.

**Benefits**  A worker earns income in the form of non-cash wages, which are expenditures by the employer for the "benefit" of the employee but are not reported as earned income. The U. S. Department of Labor reports workers earn benefits that average 25.1 percent of wages (USDL:19-0449, 3/19/19, Table 11). Mr. Sheffield's benefits are assumed to equal the national average.

**Work Expenses**  Estimated work costs of $3,600 per year were deducted from earnings.

**Worklife Expectancy**  Mr. Sheffield was born December 19, 1958. A male 59.5 years of age (age at loss date), who has less than 12 years of schooling, would on average work about 6.2 years during his remaining lifetime (The Markov Process Model of Labor Force Activity..., JFE 22(2), 2011, pp 165-229, Table 4). His life expectancy at trial date is 21.7 years or to about age 82.3 (U.S. Life Tables 2015, 11/13/18, Table 14).

RE: Mr. David W. Sheffield
April 10, 2019
Page 2 of 2

**Household Services** Mr. Sheffield's injury may limit his ability to perform household chores. This appraisal assumes he has lost, as a comparative, 20 percent of his contribution to household services. From the U. S. Department of Labor study, "Measuring time spent in unpaid house work: results from the American Time Use Survey," estimates of the time contributed by adult men and women in unpaid household work were obtained (see: Monthly Labor Review, July 2009, p. 46). The replacement costs of household services were valued at $8.75 per hour. Services are assumed to terminate at about age 77.

**Findings** Mr. Sheffield's pre-injury earning capacity is summarized in Table I.

Table I
### EARNING CAPACITY

|  | PAST | FUTURE | TOTALS |
|---|---|---|---|
| PRE-INJURY EARNING CAPACITY | $60,800 | $246,385 | $307,185 |
| Plus: LOST HOUSEHOLD SERVICES | 2,028 | 23,846 | 25,874 |
| TOTALS | 62,828 | 270,231 | 333,059 |

Please understand these findings may change upon the receipt of additional information.

*Kenneth G. McC.*

Kenneth G. McCoin Ph.D., C.F.A.

Ms. Alison Baimbridge
ARNOLD & ITKIN, L.L.P.
6009 Memorial Drive
Houston, Texas  77007

Table II

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | truck driver | Age | Years | Date | | Wife 03/21/66 | | | | | | |
| 2 | Event Date | 59.463 | 22.4441 | 6/6/2018 | | | | | Pre-Event | Past | Future | Totals |
| 3 | Trial Date | 60.876 | 21.6756 | 11/4/2019 | | | | | | 60,800 | 246,385 | 307,185 |
| 4 | Est Death | 82.176 | 21.6756 | 7/8/2041 | | | | | Household | 2,028 | 23,846 | 25,874 |
| 5 | | | | | | | | | Total | 62,828 | 270,231 | 333,059 |
| 8 | David W. Sheffield | | | 12/19/58 | 6.172 | | PRE-EVENT EARNING CAPACITY | | | | | 333,059 |
| 9 | | Fraction | | Growth | Work | 42,338 | | | | Net | 25,874 | |
| 10 | | of Year | AGE | RATE | Prob. | 43,396 | Expected | Fringe | Work | Compen | 20% Household | Net Compen sation+ |
| 11 | YEAR | | | | | Salary | Salary | Benefits | Costs | sation | Service | Household |
| 12 | 2017 | 0.0000 | 59.0 | 0.00% | 0.0000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | 2018 | 0.5699 | 60.0 | 2.49% | 0.4882 | 24,127 | 20,671 | 5,196 | -1,723 | 24,143 | 806 | 24,949 |
| 14 | 2019 | 0.8438 | 60.9 | 2.50% | 0.7230 | 36,619 | 31,374 | 7,886 | -2,603 | 36,657 | 1,222 | 37,879 |
| 15 | | 1.4137 | | Totals | 1.2112 | 60,746 | 52,045 | 13,081 | -4,326 | 60,800 | 2,028 | 62,828 |
| 17 | 2019 | 0.1562 | 61.0 | | 0.1338 | 6,777 | 5,806 | 1,459 | -482 | 6,784 | 226 | 7,010 |
| 18 | 2020 | 1 | 62.0 | 0.80% | 0.8568 | 43,743 | 37,477 | 9,420 | -3,084 | 43,813 | 1,474 | 45,287 |
| 19 | 2021 | 1 | 63.0 | 0.80% | 0.8568 | 44,093 | 37,777 | 9,495 | -3,084 | 44,188 | 1,500 | 45,688 |
| 20 | 2022 | 1 | 64.0 | 0.80% | 0.8568 | 44,446 | 38,080 | 9,571 | -3,084 | 44,566 | 1,527 | 46,093 |
| 21 | 2023 | 1 | 65.0 | 0.80% | 0.8568 | 44,802 | 38,384 | 9,648 | -3,084 | 44,948 | 1,553 | 46,501 |
| 22 | 2024 | 1 | 66.0 | 0.80% | 0.8568 | 45,160 | 38,691 | 9,725 | -3,084 | 45,332 | 1,580 | 46,912 |
| 23 | 2025 | 0.633812 | 67.0 | 0.80% | 0.5430 | 28,852 | 24,719 | 6,213 | -1,955 | 28,977 | 1,606 | 30,583 |
| 24 | 2026 | 0 | 68.0 | 0.80% | 0.0000 | 0 | 0 | 0 | 0 | 0 | 1,631 | 1,631 |
| 25 | 2027 | 0 | 69.0 | 0.80% | 0.0000 | 0 | 0 | 0 | 0 | 0 | 1,655 | 1,655 |
| 26 | 2028 | 0 | 70.0 | 0.80% | 0.0000 | 0 | 0 | 0 | 0 | 0 | 1,678 | 1,678 |
| 27 | 2029 | 0 | 71.0 | 0.80% | 0.0000 | 0 | 0 | 0 | 0 | 0 | 1,699 | 1,699 |
| 28 | 2030 | 0 | 72.0 | 0.80% | 0.0000 | 0 | 0 | 0 | 0 | 0 | 1,717 | 1,717 |
| 29 | 2031 | 0 | 73.0 | 0.80% | 0.0000 | 0 | 0 | 0 | 0 | 0 | 1,733 | 1,733 |
| 30 | 2032 | 0 | 74.0 | 0.80% | 0.0000 | 0 | 0 | 0 | 0 | 0 | 1,745 | 1,745 |
| 31 | 2033 | 0 | 75.0 | 0.80% | 0.0000 | 0 | 0 | 0 | 0 | 0 | 1,753 | 1,753 |
| 32 | 2034 | 0 | 76.0 | 0.80% | 0.0000 | 0 | 0 | 0 | 0 | 0 | 1,756 | 1,756 |
| 33 | 2035 | 0 | 77.0 | 0.80% | 0.0000 | 0 | 0 | 0 | 0 | 0 | 1,754 | 1,754 |
| 34 | | 5.7900 | | Totals | 4.9606 | 257,873 | 220,935 | 55,532 | -17,858 | 258,608 | 26,587 | 285,195 |
| 35 | | 7.2037 | Discounted Future Totals | | | 210,496 | | 52,908 | -17,019 | 246,385 | 23,846 | 270,231 |

In addition to information sources cited in the text of my report, I also reviewed the following:

1) Intake sheet providing: job title, education attainment, wage rate, event, trial, birth dates, etc. ,.

2) Original complaint

3) Tax return for 2013 to 2017

4) Mr. Sheffield's deposition