## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**DAVID SHEFFIELD,**

     *Plaintiff*,

                                      **Case No.:  2018-cv-02701-JPM-cgc**

**v.**                                      **JURY TRIAL DEMANDED**

**INTERNATIONAL PAPER CO.,**

     *Defendant*.

## THE PARTIES' JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all claims against all parties in this action have been resolved.  With the Court's permission and as required by Local Rule 83.13, Plaintiff David Sheffield will file and submit a stipulation and proposed order of dismissal with prejudice no later than March 27, 2020, along with any other papers that the Court may require to effect the termination of this matter.  This notice is being filed with the consent of all parties.

RESPECTFULLY SUBMITTED, this the 28th day of February 2020,

/s/ *Drew Davis*
William B. Ryan (TN Bar No. 20269)
Drew Davis (TN Bar No. 32059)
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
Telephone: (901) 278-1004
Facsimile: (901) 278-3111
billy@donatilaw.com
drew@donatilaw.com

&

ARNOLD & ITKIN LLP

/s/ *Gadson W. Perry*
Andre B. Mathis (TN BPR No. 26458)
Gadson W. Perry (TN BPR No. 30359)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
andre.mathis@butlersnow.com
will.perry@butlersnow.com

*Attorneys for Defendant*
*International Paper Co.*

*/s/ Joseph F. McGowin*
Kurt Arnold (TX Bar No. 24036150)
karnold@arnolditkin.com
Caj Boatright (TX Bar No. 24036237)
cboatright@arnolditkin.com
Roland Christensen (TX Bar No. 24101222)
rchristensen@arnolditkin.com
Joseph F. McGowin (TX Bar No. 24117268)
jmcgowin@arnolditkin.com
6009 Memorial Drive
Houston, TX  77098
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

***Attorneys for Plaintiff David Sheffield***

51905054.v1